UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 OCT 10 PM 2:14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>JOSE ARTEAGA-GONZALEZ (1),<br><br>                       Defendant. | CASE NO. 12CR4704-L<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

_XX_   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_XX_   of the offense(s) as charged in the Indictment/Information:

     8:1326 - Removed Alien Found in the United States

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 9, 2013

M. James Lorenz
U.S. District Judge